ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| JAMILETTE MARIE PORTUONDO ALICEA, Peticionaria, v. JOSELINE ERAZO DE CASILLA; BRYAN GABRIEL PORTUONDO ERAZO, Recurrida. | TA2025CE00200 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón. Civil núm.: BY2021CV05098. Sobre: división o liquidación de la comunidad de bienes hereditarios. |
|---|---|---|

Panel integrado por su presidente, el juez Hernández Sánchez, la jueza Romero García y la jueza Martínez Cordero.

Romero García, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de agosto de 2025.

El 25 de julio de 2025, la parte peticionaria, señora Jamilette Marie Portuondo Alicea (señora Portuondo), instó este recurso discrecional de *certiorari*, con el fin de que este Tribunal expida el auto y revoque la *Orden* dictada por el Tribunal de Primera Instancia, Sala Superior de Bayamón, el 18 de junio de 2025[1]. En ella, el foro primario declaró sin lugar la *Moción solicitando expedición de órdenes solicitadas, autorización para enmendar demanda* […], que fuera presentada por la señora Portuondo el 11 de junio de 2025[2].

Por su parte, la parte recurrida se opuso tanto a la solicitud de enmienda a la demanda[3], como a la expedición de este recurso[4].

---

[1] *Véase*, apéndice del recurso, entrada núm. 110. Apuntamos que la orden también dispuso que el descubrimiento de prueba en el caso culminaría el 30 de agosto de 2025, y la conferencia con antelación al juicio se celebraría el 12 de noviembre de 2025.

[2] *Íd.*, entrada núm. 108. Conforme a lo allí alegado, la peticionaria solicitaba que se le permitiera enmendar la demanda inicialmente instada el 14 de diciembre de 2021, con el fin de incluir una causa de acción imprecisa. Es decir, para reclamar a los recurridos por unos potenciales reclamos del Departamento de Hacienda (por unas rentas cobradas y no informadas), y del Centro de Recaudación de Ingresos Municipales (CRIM) (por una supuesta exoneración contributiva sobre el inmueble objeto de división).

[3] *Íd.*, entrada núm. 109.

[4] La parte recurrida presentó su oposición el 4 de agosto de 2025.

Evaluados el recurso de *certiorari*, los documentos que obran en su apéndice, así como la oposición a su expedición, este Tribunal concluye que la parte peticionaria no pudo establecer que el foro primario hubiera incurrido en error alguno. Tampoco surge del expediente que el tribunal recurrido haya abusado de la discreción que le asiste, de forma tal que se haga meritorio eludir la norma de abstención judicial que regula el ejercicio de nuestras funciones.

Así pues, en virtud de lo dispuesto en la Regla 40 del Reglamento de este Tribunal de Apelaciones, según enmendado, *In re aprobación de Enmiendas al Reglamento del Tribunal de Apelaciones*, Resolución ER-01, 2025 TSPR 42, 215 DPR ___ (2025), resolvemos **denegar la expedición del auto de *certiorari*.**

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones